**34,395-26**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE _282nd._ DISTRICT OF TEXAS
_Dallas_ DIVISION

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

**AUG 20 2015**

**Abel Acosta, Clerk**

Michael Whaley #645333
Plaintiff's name and ID Number

D.T.U. /3899 St. Hwy #98, J.B., Tx 75570
Place of Confinement

V.

CASE NO. _____
(Clerk will assign the number)

### APPLICATION TO PROCEED
### IN FORMA PAUPERIS

Presiding Judge Sharon Keller
Defendant's name and address

I, Michael Whaley, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.   Have you received, within the last 12 months, any money from any of the following sources?

|   |   | Yes | No |
|---|---|---|---|
| a. | Business, profession or from self-employment? | ☐ | ☑ |
| b. | Rent payments, interest or dividends? | ☐ | ☑ |
| c. | Pensions, annuities or life insurance payments? | ☐ | ☑ |
| d. | Gifts or inheritances? | ☐ | ☑ |
| e. | Family or friends? | ☑ | ☐ |
| f. | Any other sources? | ☐ | ☑ |

If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

Paid the 50.00 dollars amount on a monthly basies throw The Inmate Trust Fund Account /P.O. Box 60 /Huntsville, Tx 77342 To The Fifth Circuit Court / Dallas, Texas Date: 05-11-2015

2.   Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

Yes ☐      No ☑

If you answered **YES** to any of the questions above, state the total value of the items owned.

_____

_____

1

☆ATCIFP (REV. 9/02)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐      No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ___14th.___ day of ___August___, 20 _15_.

_____     _645333_
Signature of Plaintiff        ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)